# EXHIBIT 1

Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

## REDUCTION IN SENTENCE APPLICATION

NAME: Gwendolyn S. Brown   REG No. 37449-004   Date: April 30, 2020

WHO IS YOUR PHYSICIAN (circle):   Franco   Li   Bonnet-Engebretson   Venuto

**Choose One Criteria:** You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**

- [x] **Medical Circumstances:**
  - [ ] Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy.
  - [x] Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.
- [x] Elderly Inmates with a Medical Condition:
  - [ ] "New Law" Elderly Inmates – Have to have served 30 years of a sentence.
  - [ ] Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence
- [ ] Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)
- [ ] Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child: -provide verifiable documentation that child is "suddenly" without a caretaker, the family member is in an incapacitated state and is unable to care for the child.
- [ ] Incapacitation of a Spouse or Registered Partner: -Provide verifiable medical documentation of incapacitated state.
- [x] Other:-Extraordinary and Compelling Circumstance

**To be filled out by Inmate:**

Briefly describe your medical condition or extraordinary and compelling circumstance: Attachment #1 Request to Warnden Lane for Compassionate release or alternately home confinement

If you have applied before, has anything changed in your medical condition since your last application? ____

**Proposed Release Plan (must have ALL of the following):**   786-575-0544

Name and contact information of who you will live with: Self (but Daughter Mercedez Henry will help o_

When was the last time you spoke to this person concerning your release plan? April 30, 2020

Is this person willing to care for you?   Yes

Address of where you will be living: 1305 N.W. 6th Ave Florida City Fla. 33034

Where will you receive your medical treatment (if applicable)? Medicare eligible Primary Care Physican office

How will you pay for your treatment (if applicable)? Medicare and Medicaid benefits (resume)

Additional Comments: See attachment #1

Rev 3/20

April 30, 2020

Dear Warden Lane,

    I am submitting this missive seeking administrative relief pursuant to the CARES Act and Title 18 of U.S.C. section 3582 (c)(1)(A).

    The CARES Act authorizes the expansion of the cohort of inmates who can be considered for home release. The acting senior deputy assistant director, Mr. David Brewer, has stated "The current pandemic (COVID-19) is considered an urgent situation that may warrant an emergency furlough under 570.32(b)(1) and 570.33(b)."

    The FIRST STEP Act allows for a broader consideration of criteria in determining "extraordinary and compelling reasons" for compassionate release reduction in sentence.

    Warden Lane, my age(68 years) and my underlying (pre-existing) medical problems place me in the category of individuals in extreme danger and vulnerable for serious injury and death if I contract COVID-19. In spite of the measures instituted here at FCC-Coleman, active cases of COVID-19 have been identified among staff and inmates.

    Warden Lane, I fear for my life. I humbly ask your understanding and compassion in granting this request. We are learning new things about the effects of the corona virus daily. Medical experts and the CDC have provided information that indicates that my underlying health problems place me at increased risk for vulnerability to COVID-19: e.g. hypertension (cardiovascular

1

disease), elevated cholesterol, and diabetes. I am also under medical care for major depression, anxiety, osteoarthritis, cervalgia, low back pain and post traumatic headaches.

Warden Lane, I am eligible for the EOHD pilot program. My pattern risk assessment indicates that I am a minimum level, non-violent, non-sex, first time offender. I pose no risk to the community if released. I am at minimum risk for recidivism. I have a viable re-entry plan. If released I will return to the Southern district of Florida to reside in my home of 15 years. I am eligible for social security retirement and disability benefits. I will receive health care coverage with Medicare.

Thank you for consideration of this request for RIS/ Compassionate Release or alternately an emergency furlough to home confinement warranted by the added risk of COVID-19 and extreme and compelling circumstances that could not have been foreseen at the time of my sentencing.

Respectfully submitted,

Gwendolyn S. Brown
Reg. No. 37449-004

# EXHIBIT 2



```
                                        U.S. Department of Justice
                                        Federal Bureau of Prisons
                                        Federal Correctional Complex-CAMP
                                        P.O. Box 1021
                                        Coleman, Florida  33521-1021
```

May 12, 2020

Name:              Brown, Gwendolyn Shontaya
Register Number:   37449-004
Housing Unit:      F-1

RE: Request for Compassionate Release/Reduction in Sentence

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____                    _____5/12/2020_____
Kathy P. Lane, Warden                             Date

**EXHIBIT 3**

U.S. Department of Justice                               **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: BROWN, Gwendolyn, S        37449-004        F1        Federal Correctional Complex-Coleman, Camp
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**   I object to denial for RIS, under title 18 U.S.C. section 3582 (c)(1)(A).
The global pandemic caused by COVID-19 indeed qualifies under the statute as "other" extraordinary and compelling circumstances.
I meet the CDC and WHO criteria for vulnerable individuals at risk for serious injury or death from COVID-19: 64 years of age; medical problems inclusive of hypertension, diabetes, multiple strokes ( subacute cerebral infarct, chronic infarct of hte right corona region of the brain).
I believe the stated facts warrant granting my request for RIS to ensure my safety and prevent my death in prison. In addition the directive issued by AG Barr authorized the extended use of home confinement for such purposes and qualifies inmates like myself for the use of home confinement. Therefore I am requesting a reversal of the warden;s denial, granting of a RIS or alternately home confinement. I am a first time offender, I pose no risk to any individual of the public. I have a viable re-entry plan. ( See attachments).
I am authorizing the release of all medical records for review from the BOP and the Baptist Hospital, Miami Florida.

Rspectfully submitted,

Attachments: (A) RIS request
(B) RIS denial
(C) BP 9

5/24/2020                                   Gwendolyn S. Brown
DATE                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

**Part C—RECEIPT**
                                                         CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____  BP-230(13)
USP LVN   DATE         Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL   APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **Brown, Gwendolyn, S**  —  **37449-004**  —  **F1**  —  **FCC - Coleman, FL. Camp**
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST**

Please see attachment BP-9 4/30/2020
Attachment: Letter requesting R/S  
Attachment: denial letter dated 5/8/2020

5/29/2020
DATE                                                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**




DATE                                                         WARDEN OR REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                   CASE NUMBER: _____

                                                             CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

Attachment BP9

I am submitting this objection to Warden Lane's denial of my request for Compassionate Release/RIS, under Title 18 U.S.C. section 3582(c)(1)(A).

The medical Global Pandemic indeed qualifies under the statute as "other" extraordinary and compelling circumstances.

I believe that the fact that my age of 68 years and my medical conditions of hypertension, diabetes and cardiovascular disease meet the CDC criteria for vulnerable individuals at risk for death or serious injury from COVID-19 warrants granting my request.

In addition the directive issued by AG Barr authorized the extended use of home confinement for the safety of vulnerable inmates at risk from COVID-19.

I am requesting re-evaluation and granting of a RIS or alternately home confinement under statute 18 U.S.C. section 3582(c)(1)(A) and AG Barr's COVID-19 directive. I am a first time offender; I pose no risk to any individual or to the public. I have a viable re-entry plan. (See attachments). I am authorizing release of all medical records for review.

Attachments:
    A. Request for RIS
    B. RIS denial
    C. BP 9

Gwendolyn S. Brown
Reg. No. 37449-004
Unit: F-1

# EXHIBIT 4

Case 1:18-cr-20683-DMM   Document 278-1   Entered on FLSD Docket 07/20/2020   Page 11 of 17

U.S. Department of Justice

Memorandum

**FEDERAL BUREAU OF PRISONS**
**Federal Correctional Complex**
**Coleman, Florida 33521**

June 19, 2020

MEMORANDUM FOR ADMINISTRATIVE REMEDY COORDINATOR

SUBJECT:    Brown, Gwendolyn Shontaya
            Register No.: 37449-004
            Remedy ID: 1023966-F1

This letter is being provided to advise you that inmate Brown, Gwendolyn Shontaya received her Administrative Remedy Appeal response on June 19, 2020.

If I can be of any further assistance, please do not hesitate to contact me at 352-689-5166.

Thank you,

S. Troche, Unit Secretary
FCC Coleman-Camp
P. O. Box 1022
Coleman, FL 33521

Response to Administrative Remedy Case Number:   1023966-F1

This is in response to your Request for Administrative Remedy received in this office on June 3, 2020. Specifically, you are requesting a Compassionate Release based on COVID-19 concerns.

The Bureau of Prisons is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize you have legitimate concerns and fears about the spread of the virus. However, your concerns about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Therefore, based on the above information, your Request for Administrative Remedy is **denied**.

If you are dissatisfied with this response, you may appeal by filing a BP-10 to the Bureau of Prisons, Southeast Regional Office, ATTN: Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.

_____        _6/4/2020_____
Kathy P. Lane, Warden                   Date

# EXHIBIT 5

Case 1:18-cr-20683-DMM   Document 278-1   Entered on FLSD Docket 07/20/2020   Page 14 of 17

U.S. Department of Justice
Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Brown, Gwendolyn, S  37499-024  F  eral Medical Complex-Coleman, FL
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A—REASON FOR APPEAL**  I object to denial for RIS, under title 18 U.S.C. section 3582 (c)(1)(A). The global pandemic caused by COVID-19 indeed qualifies under the statute as "other" extraordinary and compelling circumstances.
I meet the CDC and WHO criteria for vulnerable individuals at risk for serious injury or death from COVID-19: 64 years of age; medical problems inclusive of hypertension, diabetes, multiple strokes (subacute cerebral infarct, chronic infarct of hte right corona region of the brain).
I believe the stated facts warrant granting my request for RIS to ensure my safety and prevent my death in prison. In addition the directive issued by AG Barr authorized the extended use of home confinement for such purposes and qualifies inmates like myself for the use of home confinement. Therefore I am requesting a reversal of the warden;s denial, granting of a RIS or alternately home confinment. I am a first time offender, I pose no risk to any individual of the public. I have a viable re-entry plan. ( See attachments).
I am authorizing the release of all medical records for review from the BOP and the Baptist Hospital, Miami Florida.

Rspectfully submitted,

Attachments: (A) RIS request
(B) RIS denial
(C) BP 9

6/24/2020
DATE

Gwendolyn S. B
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE  CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

SUBJECT: _____

BP-230(13)

# EXHIBIT 6



| Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 00486223 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-06-2020 |
| Plan is for inmate: BROWN, GWENDOLYN SHONTAYA  37449-004 | |

| | | | |
|---|---|---|---|
| Facility: | COL COLEMAN LOW FCI | Proj. Rel. Date: | 08-25-2023 |
| Name: | BROWN, GWENDOLYN SHONTAYA | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 37449-004 | DNA Status: | MIM21078 / 09-07-2018 |
| Age: | 68 | | |
| Date of Birth: | 11-14-1951 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | C AM FS | CAMP AM FOOD SERVICE | 01-12-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 05-19-1993 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-19-1993 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | | REAL ID CLASS | 01-29-2020 | CURRENT |
| COM | | CAMP DISCERN (6) | 09-26-2019 | CURRENT |
| COL SCP | C | CAMP- GODLY LEADERSHIP | 01-03-2020 | 02-18-2020 |
| COL SCP | C | RPP-COL SCP RE-ENTRY PLANNING | 10-10-2019 | 12-20-2019 |
| COL SCP | C | ALTERNATIVE TO VIOLENCE-BASIC | 09-19-2019 | 09-19-2019 |
| COL SCP | C | ALTERNATIVE TO VIOLENCE-BASIC | 09-18-2019 | 09-18-2019 |
| COL SCP | C | RE-ENTRY FAITH-BASED THRESHOLD | 11-04-2019 | 11-04-2019 |
| COM SCP | C | LIFE WITHOUT LIMBS | 09-13-2019 | 09-18-2019 |
| COM SCP | C | CAMP ICON MICROSOFT CLASS | 06-24-2019 | 09-05-2019 |
| COM SCP | C | ALT TO VIOLENCE BASIC/UNT PROG | 06-20-2019 | 06-20-2019 |
| COM SCP | C | CAMP RE- ENTRY PLANNING | 08-19-2019 | 08-19-2019 |
| COM SCP | C | CAMP RE- ENTRY PLANNING | 05-20-2019 | 06-03-2019 |
| COM SCP | C | CAMP ICON TYPING CLASS | 04-15-2019 | 06-21-2019 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-29-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-27-2019 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-19-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-19-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED DECL R | DRUG EDUCATION DECLINE-REQD | 02-11-2020 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-11-2019 |
|---|---|---|---|
| Inmate Decision: | AGREED | $300.00 | Frequency: SINGLE |
| Payments past 6 months: | | $0.00 | Obligation Balance: $0.00 |

**Financial Obligations**